UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| In re: | Chapter 11 |
| FONTAINEBLEAU LAS VEGAS HOLDINGS, LLC, ET AL., | (Jointly Administered) |
| | Case No. 09-21481-BKC-AJC |
| Debtors. _____/ | |
| FONTAINEBLEAU LAS VEGAS LLC, | No:09-21879-CIV-GOLD/MCALILEY |
| Plaintiff, | |
| v. | |
| BANK OF AMERICA, N.A., ET AL., | |
| Defendants. _____/ | |

**STIPULATION OF DISMISSAL OF CLAIMS FIVE AND SIX OF PLAINTIFF'S AMENDED COMPLAINT AGAINST DEUTSCHE BANK TRUST COMPANY AMERICAS WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for Plaintiff Fontainebleau Las Vegas, LLC ("Fontainebleau") and Defendant, Deutsche Bank Trust Company Americas ("Deutsche Bank"), that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Fontainebleau hereby voluntarily dismisses the Fifth and Sixth Claims For Relief against Deutsche Bank (the "Fifth and Sixth Claims") that are set forth in the Amended Complaint filed on June 10, 2009 in the United States Bankruptcy Court for the Southern District of Florida, currently pending before this Court, without prejudice and without costs to either party. Fontainebleau also voluntarily dismisses paragraphs 10 through 12 of its Amended Complaint, which pertained to the Fifth and Sixth Claims. This voluntary dismissal by Fontainebleau is limited to the Fifth and Sixth Claims and paragraphs 10

1

through 12 only, and in no way modifies, waives, or otherwise affects the remaining action or remaining claims against Deutsche Bank or the other defendants, or any defenses by Deutsche Bank or any other defendants.

Dated: Miami, Florida
September 15, 2009

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A).

Respectfully submitted,

**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**
*Counsel to the Plaintiff*
200 South Biscayne Blvd., Suite 2500
Miami, Florida 33131
Telephone: (305) 374-7580
Facsimile:  (305) 374-7593

By: /s/ Jeffrey I. Snyder
Scott L. Baena
Florida Bar No. 186445
Mindy A. Mora
Florida Bar No. 678910
Jeffrey I. Snyder
Florida Bar No. 21281

and

**KASOWITZ, BENSON, TORRES & FRIEDMAN LLP**
*Special Litigation Counsel to the Plaintiff*
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
Facsimile:  (212) 506-1800
Marc E. Kasowitz
N.Y. Bar No. 1309871
*(pro hac vice)*
David M. Friedman
N.Y. Bar No. 2275758
*(pro hac vice)*

Jed I. Bergman
N.Y. Bar No. 2928349
*(pro hac vice)*

**GREENBERG TRAURIG, P.A.**

By: /s/ John B. Hutton III
John B. Hutton III
Florida Bar No. 902160
Mark D. Bloom
Florida Bar No. 303836
GREENBERG TRAURIG, P.A.
1221 Brickell Avenue
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717
Email: huttonj@gtlaw.com
        bloom@gtlaw.com

and

**SIMPSON THACHER & BARTLETT LLP**
Thomas C. Rice (*pro hac vice*)
David J. Woll (*pro hac vice*)
425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-2000
Facsimile: (212) 455- 2502
Email:  trice@stblaw.com
         dwoll@stblaw.com


SO ORDERED on ___ date of September 2009


_____

The Honorable Alan S. Gold