UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-21879-CIV-GOLD/MCALILEY

In re:

FOUNTAINEBLEAU LAS VEGAS
HOLDINGS, LLC, et al.,

    Debtors.

_____/

FOUNTAINEBLEAU LAS VEGAS, LLC,

    Plaintiff,

v.

BANK OF AMERICA, N.A., et al.,

    Defendants.

_____ /

**ORDER REGARDING DISCOVERY CONFERENCE
AND REQUIRING JOINT STATEMENT**

This case is set for a discovery conference on September 25, 2009. Prior to the discovery conference counsel for the parties shall confer to identify any discovery disputes and make every effort to resolve these disputes. As to those disputes that the parties can not resolve, the parties shall file, **no later than September 23, 2009**, a brief joint

statement of any discovery issues they plan to address at the discovery conference.

DONE AND ORDERED in chambers, in Miami, Florida, on this 16th day of September, 2009.

_____
CHRIS McALILEY
UNITED STATES MAGISTRATE JUDGE

cc:
The Honorable Alan S. Gold
Counsel of record